**Criminal Case Cover Sheet**                                    **U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**          ☒ **Under Seal**          **Judge Assigned:** Hon. Lindsey R. Vaala

City: _____     Superseding Indictment: _____     **Criminal No.** _____

County: Fairfax, VA     Same Defendant: _____     New Defendant: X

Magistrate Judge Case No.: 1:23-MJ-91     **Arraignment Date:** _____

Search Warrant Case No.: _____     R. 20/R. 40 From: _____

**Defendant Information:**

**Defendant Name:** Mohammed Azharuddin Chhipa     Alias(es): _____     ☐ Juvenile     FBI No. _____

**Address:** 5901 Kingsford Road, Apartment H, Springfield, VA 22152

Employment: Amazon Data Center

**Birth Date:** XX/XX/1989     **SSN:** XXX-XX-1258     **Sex:** Male     Race: Caucasian     Nationality: USA

**Place of Birth:** India     Height: 5'10     Weight: 250     Hair: BRN     Eyes: BRN     Scars/Tattoos: _____

☐ **Interpreter**     **Language/Dialect:** English     Auto Description: Black Toyota Rav4 VA plate UVV7380

**Location/Status:**

**Arrest Date:** _____     ☐ Already in Federal Custody as of: _____     in: _____

☐ Already in State Custody          ☐ On Pretrial Release          ☐ Not in Custody

☒ Arrest Warrant Requested          ☐ Fugitive          ☐ Summons Requested

☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond _____

**Defense Counsel Information:**

**Name:** _____     ☐ Court Appointed     Counsel Conflicts: Joe King

Address: _____     ☐ Retained          Sean Sherlock

Phone: _____     ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Anthony T. Aminoff     **Phone:** 703-299-3790     Bar No. New York Bar

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation, Special Agent Gary Marosy. 601 4th St NW, Washington DC, 202-278-4922

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 USC § 2339B | Material Support to FTO | 1 | |
| Set 2: | | | | |

**Date:** 5/2/2023     **AUSA Signature:** /s/     *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form