
FILED MAILROOM
AUG -3 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

07/25/2023

To Judge Ellis or his clerk:

My name is Mohammed Azharuddin Chhipa and I filed a motion to dismiss my current lawyers and to appoint me new lawyers who will actually fight for me and do what I tell them to do! I'm confused as to why there has been no response to my initial letter which I sent out almost a month ago, despite me making sure that the address on there was the correct one and verifying it with several deputies here of that fact. My current lawyers Shannon Quell and Todd Richmond refuse to appeal my detention order any further claiming that there are "no grounds to appeal". I highly disagree and I have brought multiple points to their attention repeatedley but they just refuse to do anything, claiming that the right to appeal is their's and not mine. Futhermore, Mrs. Shannon Quell stated to me that she could "lose her liscense" if she appeals! I have provided to them excellent points which they could use to easily refute the government's/FBI's accusations against me that I was trying to flee the country! But they did not do so. Furthermore, in the last appeal, they went ahead and submitted the appeal without first consulting me about it, as I wanted to add many more points to it and they didn't include a lot of them. And now its been almost a month now and they still have not visited or called me even once! It seems like they do not want to be involved in this case and this case has to do with my life! So, I'm asking for you to appoint me new lawyers who will represent their clients properly. Please mail this letter or a copy of it back to me ASAP, as


FILED
MAILROOM

FEB -3 2023

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

I need it for my records. And also if I can receive some kind of confirmation that you received this.
Thanks
Mohammed Chhipa
Signature —