UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:23cr97 |
| | ) | |
| **MOHAMMED CHHIPA,** | ) | Hon. T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE REGARDING DEFENSE COUNSEL'S UNAVAILABILITY
FOR AUGUST 18, 2023 HEARING**

This Court recently scheduled a hearing on August 18, 2023, with defense counsel and defendant Mohammed Chhipa to address Mr. Chhipa's recent letters to the Court. Mr. Chhipa is represented by defense counsel Shannon S. Quill and Todd M. Richman. Undersigned counsel, Shannon Quill, hereby notifies the Court that she will be out of the office from August 14 through August 18, 2023, and therefore will be unable to attend a hearing on August 18, 2023. Mr. Richman is available and will be present at the August 18 hearing.[1]

Respectfully submitted,
By Counsel,

By: _____/s/_____
Shannon S. Quill, Esq., VA Bar No. 76355
Assistant Federal Public Defender
Attorney for Mohammed Chhipa
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
703-600-0850 (phone)
Shannon_Quill@fd.org

---

[1] Should the Court want both defense counsel to be present at the hearing to address Mr. Chhipa's letters, undersigned counsel notes that she will return to the office on August 21, 2023, and will be available at the Court's convenience thereafter.