## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **
### EX PARTE & UNDER SEAL

Date: 08/18/2023　　　　　　　　　　　　　Before the Honorable: **T.S. ELLIS, III**

Time: 01:14 p.m. – 01:45 p.m. (00:31)　　　Case No.: 1:23-cr-00097-TSE-1

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

---

# UNITED STATES OF AMERICA

v.

# MOHAMMED AZHARUDDIN CHHIPA　　X Present

| Counsel for Government | Counsel for Defendant |
|---|---|
|  | Todd Richman |

Appearances of Counsel for (   ) Govt     ( X ) Deft

**Re:**　　　[ 47 ]　Ex Parte Under Seal Letter re: motion to dismiss current lawyers *filed by defendant*

Argued and:

- Court directed CRD to provide the defendant in open court with a copy of his letter, Dkt. [47].
- Defendant request his letter that is filed under seal be unsealed -TAKEN UNDER ADVISEMENT.
- Defense request for a copy of Dkt. [47] – GRANTED.
- Court ordered Dkt. [46] be placed under seal.
- Defendant request this hearing be unsealed. Court ruled defendant will need to file a motion with memorandum for further explanation as to why this hearing should be unsealed.
- [ 47 ]   - DENIED.
- Order to Follow.