# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-97 |
| | ) | |
| **MOHAMMED CHHIPA,** | ) | |
| **Defendant.** | ) | |

## ORDER ISSUED *EX PARTE* AND UNDER SEAL

This matter is before the Court on Defendant Mohammed Chhipa's sealed and *ex parte* letter renewing his request for substitution of counsel. (Dkt. 58 at 2). On review, it appears a hearing is required to resolve whether substitution of counsel is necessary. The other issues raised by Defendant's letters (*see* Dkt. 56) will be reserved pending renewal by appointed counsel.

Accordingly,

It is hereby **ORDERED** that Defendant's request for new counsel (Dkt. 58 at 2) will be heard by the Court at **5:00 p.m., Thursday, November 2, 2023**. The hearing will be conducted *EX PARTE* AND UNDER SEAL.

The Clerk of Court is directed to send a copy of this Order to Defendant's counsel.

Alexandria, Virginia
October 30, 2023

T. S. Ellis, III
United States District Judge