Date: 08/24/2024

**To:** Judge David Novak

**From:** Mohammed Azharuddin Chhipa

**Current Attorneys:** Jessica Nicole Carmichael & Zachary Deubler

**Case Number:** 1:23-cr-97

**Re:** Motion to Allow Communication with My Children

Dear David Novak,

I am writing to respectfully request that the court allow me to establish contact with my six children, who are currently in the custody of the Loudoun County Foster Care System. It has been nearly three years since I have had any communication with my children:

- Osama Ekren (youngest)
- Fatima Ekren
- Khadija Ekren
- Sumeyyah Ekren
- Asiyeh Ekren
- Zubayr Ekren (oldest)

The separation from my children has caused both them and me great emotional distress. I believe that the ongoing lack of communication is not only detrimental to our bond but also harmful to their well-being. My children are being subjected to an unbearable ordeal, which I believe is being perpetuated by the government, the FBI, and other involved agencies, as a means to harm my family and me.

As I have detailed in previous motions, every attempt made by myself, my family members, my son, and my wife to regain custody or contact with the children has been met with obstruction and sabotage by the authorities. This persistent denial of communication between a parent and their children is not only oppressive but inhumane, especially considering the emotional trauma being inflicted on my children. Some of my children have exhibited signs of deep emotional distress, including one of my daughters who drew a picture depicting herself and her siblings being taken away, with a desperate plea for help. This drawing is a clear and heart-wrenching sign of the emotional pain and confusion they are experiencing.

It is unfathomable that such actions are taking place in a country that prides itself on upholding human rights and the rule of law. This situation has inflicted pain and suffering on my family and continues to damage the mental and emotional health of my children.

I respectfully request that the court allow me to communicate with my children, and I ask that you order the foster care system to facilitate this communication immediately. I also request that my children be informed that their family, including myself, their grandparents, uncles, cousins, and brother, love them dearly and are ready to support them whenever they need.

6 A

Lastly, I ask that this motion and all future motions I file in this matter be unsealed and made accessible to the public. There has already been excessive secrecy, censorship, and redaction in my case, and I do not wish for any further concealment of the details surrounding my children's situation.

Please provide an acknowledgment of receipt of this motion to be mailed back to me at the ADC or any future facility where I may be held.

Sincerely,

Mohammed Chhipa

6 B