**Date:** 08/24/2024

FILED

**To:** Judge David Novak

**From:** Mohammed Azharuddin Chhipa

2024 SEP 19 P 2: 34

**Current Attorneys:** Jessica Nicole Carmichael & Zachary Deubler

**Case Number:** 1:23-cr-97

**Re:** Motion to Dismiss Indictment

Dear David Novak,

I, Mohammed Chhipa, the defendant in the above-referenced matter, respectfully move this Court to dismiss the indictment against me. Furthermore, I seek to challenge the validity of the indictment and request that this Court address several concerns regarding the process by which the indictment was obtained.

**Challenge to the Validity of the Indictment**
I question whether a grand jury properly indicted me in this matter. As the grand jury proceedings are secret, I have no way of independently verifying the existence of a grand jury or the legitimacy of its proceedings. Therefore, I respectfully ask this Court to provide clarification and confirmation that a grand jury was indeed convened and that the indictment was lawfully obtained. I believe that transparency in this process is essential, especially given the potential for errors or misconduct in secret proceedings.

**Request to Unseal All Filings**
I request that this and all other motions, filings, and related documents in my case be unsealed and made publicly accessible. I believe that there has already been excessive sealing, censorship, and redactions in this case, and I seek to prevent any further sealing of documents. I assert my right to an open and transparent judicial process and request that the Court unseal all past and future filings in this case.

**Acknowledgement of Receipt**
Finally, I request that a copy of this letter motion be mailed to me at the ADC (or any other facility where I may be cage) with an acknowledgment of receipt, as I do not have direct access to certain court communications due to my current detention.

Sincerely,

Mohammed Chhipa

25