IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.

Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
    Defendant.

## ORDER
**(Denying Government's Motion for Supplemental Jury Instruction)**

This matter comes before the Court on the Government's Motion for Supplemental Jury Instruction on Foreign Entrapment (ECF No. 271). For the reasons stated from the bench, the Court DENIES the Government's Motion (ECF No. 271).

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Date: <u>December 12, 2024</u>