**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET                                                          DATE:     December 13, 2024

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>V<br>MOHAMMED AZHARUDDIN CHHIPA | CRIMINAL NO:     1:23cr097 (DJN)<br><br>JUDGE: David J. Novak<br><br>CT REPORTER:  Rebecca Stonestreet, OCR |
| | |

MATTER COMES ON FOR:           JURY TRIAL DAY FOUR

APPEARANCES:     DFT WITH COUNSEL Zachary A. Deubler and Jessica Carmichael

GOV'T:  Anthony Aminoff, Amanda St. Cyr, and Andrew J. Dixon


**JURY TRIAL PROCEEDINGS DAY FIVE:**   Courtroom open to the public.  Jury Instructions read into the record and reviewed with jurors by Court.  No objections and or exceptions to the jury charge noted by Plaintiff or Defendant. Closing arguments of counsel heard; Jury charged by the court and alternate juror discharged; Jury retired at 12:31 p.m.  Court addressed letter written to Judge Brinkema by Defendant and dated December 1, 2024.

 Note received from jurors- verdict as to all counts has been reached.  Jury returned verdict of guilty as charged in the Superseding Indictment [ECF No. 117] as to Counts 1-5. Court finds Defendant, Mohammed Azharuddin Chhipa, GUILTY of all counts. Jury discharged. Presentence report ORDERED and Sentencing Guideline Order to enter.  Post-trial motion deadlines given – Order to enter.  All exhibits returned to counsel. Defendant remanded to custody.


**DEFENDANT REMANDED TO CUSTODY**

_____
SET: 9:30    BEGAN:   9:43/11:11/4:37         ENDED:  10:54/12:35/4:45          TIME IN COURT: 2:43

RECESSES: 10:54-11:11; 12:35-1:30 (lunch)




*Case Continued to May 5, 2025 at 2:00 p.m. for SENTENCING*