IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.     Criminal No. 1:23cr97 (DJN)

MOHAMMED AZHARUDDIN CHHIPA,
    Defendant.

### VERDICT FORM

### COUNT ONE
(Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

__Guilty_____ as to the offense charged in Count One of the indictment.
(Guilty or Not Guilty)

### COUNT TWO
(Providing and Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

__Guilty_____ as to the offense charged in Count Two of the Indictment.
(Guilty or Not Guilty)

### COUNT THREE
(Providing and Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

__Guilty_____ as to the offense charged in Count Three of the Indictment.
(Guilty or Not Guilty)

## COUNT FOUR
(Providing and Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

___Guilty___ as to the offense charged in Count Four of the Indictment.
(Guilty or Not Guilty)

## COUNT FIVE
(Providing and Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

We the jury, unanimously find the defendant, MOHAMMED AZHARUDDIN CHHIPA

___Guilty___ as to the offense charged in Count Five of the Indictment.
(Guilty or Not Guilty)

So Say We All, this __13__ day of __December__, 2024

_____
FOREPERSON